UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHNSON,<br><br>        Petitioner,<br><br>    v.<br><br>S. HATTON, Warden,<br><br>        Respondent. | Case No. 16-cv-06414 NC (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges a conviction he suffered in Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: _____November 17, 2016_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-06414 NC (PR)
ORDER OF TRANSFER